**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:** 05/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

XL INSURANCE AMERICA, INC. and XL SPECIALTY INSURANCE COMPANY,

                Petitioners,

        v.

VENSURE HR, INC.,

                Respondent.

No. 23-cv-3782 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

This case has been assigned to me for all purposes. On May 4, 2023, Petitioners filed a complaint seeking to compel arbitration.

ORDERED that Petitioners shall file and serve any additional materials with which they intend to support their petition to compel arbitration by May 29, 2023. Respondent's opposition, if any, is due on June 12, 2023. Petitioners' reply, if any, is due on June 19, 2023.

IT IS FURTHER ORDERED that Petitioners shall serve a copy of this Order on Respondent.

SO ORDERED.

Dated:    May 15, 2023
             New York, New York

                                              Hon. Ronnie Abrams
                                              United States District Judge